IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD HAMILTON<br>    *Plaintiff*,<br><br> v.<br><br>JOHN REILLY, et al.<br>    *Defendants*. | CIVIL ACTION<br>NO. 21-3295 |

## ORDER

**AND NOW**, this 26th day of April 2022, upon consideration of the GEO Group, Inc., and Delaware County's Motion to Dismiss (ECF 13) and Ronald Hamilton's Response (ECF 14), it is **ORDERED** that the Motion is **GRANTED** and Count Three of Hamilton's Complaint is **DISMISSED without prejudice** for the reasons set forth in the accompanying memorandum. Hamilton may file an amended complaint on or before **May 13, 2022**.

It is **FURTHER ORDERED** that Hamilton shall serve the remaining defendants and file proof or service on or before **June 13, 2022**. If he does not, his claims against them will be dismissed without prejudice unless he shows good cause for his failure to comply with Federal Rule of Civil Procedure 4(m).

                 BY THE COURT:

                 ***/s/ Gerald J. Pappert***
                 GERALD J. PAPPERT, J.