IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD HAMILTON,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN REILLY, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br><br>NO. 21-3295 |

## ORDER

**AND NOW**, this 27th day of February, 2023, upon consideration of Delaware County and the GEO Group, Inc.'s Motion to Dismiss, (ECF 20), and Hamilton's Response, (ECF 21), it is hereby **ORDERED** that the Motion is **GRANTED** and Counts IV and V are **DISMISSED without prejudice**.  To the extent Hamilton can correct any of the deficiencies noted in the Court's memorandum, he may amend his complaint on or before **March 29, 2023**; otherwise, the case will be dismissed with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.